# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DISTRICT

| | |
|---|---|
| KEVIN BURNS, an individual; ROBIN BURNS, an individual; and ROBIN BURNS, as Guardian ad Litem for CALLIE BURNS, a minor,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a Wisconsin corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  EDCV13-1195 VAP (DTBx)<br><br>[~~PROPOSED~~] ORDER RE: STIPULATED PROTECTIVE ORDER<br><br>DISCOVERY MATTER |

Based on the Stipulated Protective Order filed by the parties and good cause appearing,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that the Stipulated Protective Order, the terms of which are set forth in said separate document, be in force as a Protective Order of this Court, and that the parties, persons and entities to whom Defendant, Nationwide Insurance Company of America's Confidential Documents, information and materials be released shall be subject to and bound by the terms and conditions of the Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED: January 23, 2014

HON. DAVID T. BRISTOW
U.S. MAGISTRATE JUDGE