JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KEVIN BURNS, an individual; ROBIN BURNS, an individual; and ROBIN BURNS, as Guardian ad Litem for CALLIE BURNS, a minor,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a Wisconsin corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.:EDCV13-1195 VAP (DTBx)<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, and pursuant to the Court's Order Granting Petition for Approval of Minor's Compromise of Claims, the above-referenced action is hereby dismissed in its entirety with prejudice.

Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: _July 31, 2014

*/s/ Virginia A. Phillips*

Central District of California

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE